**McGuireWoods LLP**
Michael D. Mandel, Esq. (SBN 216934)
  Email: mmandel@mcguirewoods.com
Bethany A. Pelliconi, Esq. (SBN 182920)
  Email: bpelliconi@mcguirewoods.com
John A. Van Hook, Esq. (SBN 205067)
  Email: jvanhook@mcguirewoods.com
Sylvia J. Kim, Esq. (SBN 258363)
  Email: skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone:   (310) 315-8200; Fax: (310) 315-8210
Attorneys for Defendant
BANK OF AMERICA, N.A.

**KLETTER LAW FIRM LLP**
Cary Kletter, Esq. (SBN 210236)
  Email: clketter@kletterlaw.com
Sally Trung Nguyen, Esq. (SBN 267275)
  Email: snguyen@kletterlaw.com
1900 S. Norfolk Street, Suite 350
San Mateo, California 94403
Attorneys for Plaintiff MELANIA SOTO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIA SOTO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; and DOES 1 to 20, inclusive, <br><br> Defendants. | CASE NO. 4:13-cv-03924 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF MELANIA SOTO AND ORDER** <br><br> [Fed.R.Civ.P. 41(a)(1)(ii)] |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the dismissal of all claims asserted in the above-captioned action by Plaintiff Melania Soto, with prejudice. Each party shall bear its own attorney's fees and costs except as may be explicitly set forth in the parties' settlement agreement.

**IT IS SO STIPULATED.**

DATED: April 9, 2014

McGuireWoods LLP

By: _____
Michael D. Mandel, Esq.
Bethany A. Pelliconi, Esq.
John A. Van Hook, Esq.

Attorneys for Defendant
BANK OF AMERICA, N.A.

KLETTER LAW FIRM LLP

By: _____
Cary Kletter, Esq.

Attorneys for Plaintiff
MELANIA SOTO

**GRANTED**
Judge Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 8, 2014

53645915.1

STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFF